# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# REDDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT** |
| | **INCLUDING SENTENCE UNDER** |
| vs. | **THE SENTENCING REFORM ACT** |

DAVID MICHAEL KNOX   CASE NUMBER  05-S0015 CmK

John Kucera
**(Defendant's Attorney of Record)**

THE DEFENDANT was found guilty on Count(s) __I__, in the [X] Complaint ( ) Violation Notice, after a [X] plea of guilty ( ) court trial.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT NO. | DATE |
|---|---|---|---|
| 21 USC 844(a) | Possess Controlled Substance | I | 7/2/05 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[X] The defendant has been found not guilty on Counts(s) __II__, and is discharged as to such count(s).

[X] The fine imposed by this Judgment is $ __1,000__, and is payable to the Clerk of Court ~~/ Central Violations Bureau~~.

[X] The mandatory special assessment imposed by this sentence is $ __25__, and is payable to the Clerk of Court ~~/ Central Violations Bureau~~.

[ ] The processing fee charged by the Central Violations Bureau of $25.00 is payable to said agency.

[ ] Restitution imposed by this Judgment is $_____, payable to:

DEFENDANT: David Michael Knox
CASE NUMBER: 05-5OO15 CMK

JUDGMENT - Page 2 of 2

Social Security Number: 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
Date of Birth: 7-14-1985

The defendant is placed on **Limited Supervised Probation** for __1__ ~~months~~/years, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state or local crime, and not illegally possess a controlled substance. Revocation of probation is mandatory for illegal possession of a controlled substance.

2. The defendant shall report, forthwith, to the probation officer and thereafter as directed.

3. The defendant shall answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.

4. The defendant shall notify the probation officer within 72 hours of any change in residence or employment, and of any arrest, citation, or contact with law enforcement officers.

5. The defendant shall make payments on all financial obligations imposed by this judgment in installments as directed by the probation officer.

   **You shall comply with the following special conditions:**

[ ] _____ months/days jail facility, pursuant to 18 USC § 3563(b)(10), to commence as directed by the probation officer.

[ ] _____ hours of unpaid community service, and pay fees not to exceed $60.00, as directed by the probation officer.

[X] Probation shall ~~become unsupervised~~/terminate upon completion of all special conditions and payment of financial obligations, set forth by this court.

[ ] _____

Defendant's Address:

Date of Sentencing: 11-29-2005

Craig M. Kellison
United States Magistrate Judge