# United States District Court

## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **DAVID MICHAEL KNOX** | (For Offenses committed on or after November 1, 1987) |
| (Defendant's Name) | Criminal Number: **3:08-CR-0007 CMK** |
| | Aaron Williams |
| | Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of charge(s) 1 and 2 as alleged in the violation petition filed on 11/28/2006.
[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 18 USC 3401(d) | Violate Terms and Conditions of Probation | 11/20/2006 |

The court: [✔] revokes supervision heretofore ordered on 11/29/2005 and the defendant, having satisfied the financial obligations of the original Judgment, is terminated from any further supervision.

   IT IS FURTHER ORDERED that the clerk is directed to close this case.

DATED:  December 5, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE